```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__10/20/2022__
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Samantha Kumaran,

                **Plaintiff,**

      -against-

Thomas R. Kadlec,

              **Defendant.**

**1:22-cv-08095 (GHW) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference, for which only Defendant appeared, it is hereby

Ordered that, pursuant to Federal Rule of Civil Procedure 81 and New York Civil Practice Law and

Rules § 3012(b), Plaintiff shall file a Complaint no later than November 4, 2022.

**SO ORDERED.**

Dated:      New York, New York
            October 20, 2022

_____
STEWART D. AARON
United States Magistrate Judge