UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Samantha Kumaran,

                  Plaintiff,

-against-

Thomas R. Kadlec,

                  Defendant.

1:22-cv-08095 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      In view of Plaintiff's motion to remand (ECF No. 15), it is hereby Ordered that Plaintiff's time to file a Complaint in this action is adjourned *sine die*. Accordingly, Plaintiff's Letter Motion filed at ECF No. 14 is denied as moot. Defendant shall file his response to Plaintiff's motion to remand no later than November 7, 2022. Plaintiff shall file any reply no later than November 14, 2022.

      With respect to Plaintiff's Letter filed at ECF No. 16 regarding electronic service, according to the Court's ECF system, notice of ECF No. 13 was emailed to samantha@timetricksrisk.com. The Court notes that subsequent ECF notifications have been emailed to samantha@timetricsrisk.com, which appears to be the correct email address for Plaintiff and should resolve the issue. If Plaintiff continues not to receive electronic notifications from ECF she should contact the ECF Help Desk. Plaintiff also is free to withdraw her consent to electronic service.

To ensure that Plaintiff receives a copy of this Order, a copy will be emailed to Plaintiff by Chambers.

**SO ORDERED.**

Dated:     New York, New York
           October 25, 2022

_____
STEWART D. AARON
United States Magistrate Judge